743 A.2d 748

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

John William KEISTER.

Misc. BV No. 28, Sept. Term, 1996.

Court of Appeals of Maryland.

Jan. 10, 2000.

Melvin Hirshman, Bar Counsel, Attorney Grievance Commission of Maryland, for petitioner.

John William Keister for respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and HARRELL, JJ.

## ORDER

PER CURIAM.

The Court having considered the petition to terminate suspension, the answer filed thereto, the recommendation of Bar Counsel and the oral argument of counsel, it is this 10th day of January, 2000

ORDERED, by the Court of Appeals of Maryland, that the petition to terminate suspension be, and it is hereby, denied at this time.